**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

                                                                                                                  05 CR. 308 (RMB)
   -against-

                                                                                                                    **ORDER**

ANGEL PAGAN,
                  Defendant.
------------------------------------------------------------X

      On consent of all parties, and because of Mr. Pagan's continued compliance with supervised release for over three years, including, but not limited to, his successful completion of treatment and his steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective immediately is warranted in the instant case. See transcript of proceedings held on December 8, 2020 for a complete record.

Dated: December 8, 2020
       New York, NY

                                                                       _____
                                                                             RICHARD M. BERMAN
                                                                                      U.S.D.J.